PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER *(Tran. Court)* 03-CR-0700-001-JM | |
| | | DOCKET NUMBER *(Rec. Court)* 1:08-CR-031 ML | |
| NAME AND ADDRESS OF SUPERVISED RELEASEE<br>O. Steven Lyons<br>38 Scranton Avenue<br>Warwick, RI 02888 | DISTRICT<br>Southern California | DIVISION<br>San Diego | |
| | NAME OF SENTENCING JUDGE<br>Jeffrey T. Miller | | |
| | DATES OF SUPERVISED RELEASE | FROM<br>01-12-07 | TO<br>01-11-10 |

OFFENSE

Counts 1through 10: 8 U.S.C. §§ 1341 and 2, Mail Fraud and Aiding and Abetting.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF RHODE ISLAND upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/20/08
Date

Jeffrey T. Miller
Jeffrey T. Miller
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

March 28, 2008
Effective Date

Mary M. Lisi
United States District Judge

mcr/mcr