Case 3:03-cr-00700-JM Document 1 Filed 03/07/2003 Page 2 of 4

FILED
03 MAR -7 PM 2:50
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2003 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. STEVEN O. LYONS, Defendant. | Criminal Case No. '03 CR 0700 JM<br>I N D I C T M E N T<br>Title 18, U.S.C., Sec. 1341 - Mail Fraud; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Counts 1-8

1. Beginning in approximately June, 1999 and continuing thereafter until approximately March, 2002, in the Southern District of California, and elsewhere, defendant STEVEN O. LYONS did devise and intend to devise a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses and representations.

//

//

//

//

//

I hereby attest and certify on 4/4/08
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By__________ Deputy

MKP:nlv:San Diego
3/7/03

1

Case 3:03-cr-00700-JM Document 1 Filed 03/07/2003 Page 3 of 4

2. It was a part of the scheme that defendant STEVEN O. LYONS, doing business as "steve1178", would and did sell to the public sports and celebrity memorabilia that contained counterfeit signatures of various personalities, including Tom Cruise, Will Smith, Jerry Garcia, Muhammad Ali, Al Pacino, Harrison Ford, Sean Connery, and Sara Michelle Geller.

3. It was a further part of the scheme that defendant STEVEN O. LYONS would and did offer counterfeit sports and celebrity memorabilia for sale over the internet, and would and did use the United States Mail and private interstate commercial carriers to send the purchased items to his customers.

4. It was a further part of the scheme that defendant STEVEN O. LYONS would and did falsely represent the signatures on the memorabilia to be genuine signatures through the use of Certificates of Authenticity that were false and fraudulent.

5. It was a further part of the scheme that defendant STEVEN O. LYONS would and did sell approximately $100,000 of counterfeit sports and celebrity memorabilia.

6. For the purpose of executing the scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses and representations, on or about the dates set forth in Column A, within the Southern District of California, defendant STEVEN O. LYONS did cause to be delivered by the U.S. Mail and private commercial interstate carrier, mail matter described below in Column B, addressed to a location in the San Diego, California area, as described below in Column C:

//

//

| Count | Column A (date) | Column B (mail matter) | Column C (Address) |
|---|---|---|---|
| 1 | 6/13/99 | signed 8 x 10 photo of Arnold Schwarzenegger and Certificate of Authenticity | 12137 Salix Way San Diego, CA |
| 2 | 7/11/99 | signed 8 x 10 photo of Sarah Michelle Geller and Certificate of Authenticity | 12257 Pepper Tree Ln Poway, CA |
| 3 | 7/29/99 | signed 8 x 10 photo of Teri Hatcher and Certificate of Authenticity | 12137 Salix Way San Diego, CA |
| 4 | 8/29/99 | signed 8 x 10 photo of Carmen Electra and Certificate of Authenticity | 1127 Osage Avenue Chula Vista, CA |
| 5 | 8/14/01 | signed "Toy Story" poster signed "Braveheart" poster signed "Natural Born Killers" poster signed "Villa Rides" poster | 13446 Poway Rd., #244 Poway, CA |
| 6 | 10/19/99 | Signed 8x10 photo of Jerry Garcia and Certificate of Authenticity | 917 Torrence Street San Diego, California |
| 7 | 10/11/01 | 6 signed "Ali" movie posters | 13446 Poway Rd., #244 Poway, CA |
| 8 | 02/27/02 | 300 signed 8 x 10 celebrity photographs | 13446 Poway Rd., #244 Poway, CA |

All in violation of Title 18, United States Code, Sections 1341 and 2.

DATED: March 7, 2003.

A TRUE BILL:

Gary L. Walls, MD
Foreperson

CAROL C. LAM
United States Attorney

By: [signature]
MELANIE K. PIERSON
Assistant U.S. Attorney