PROB 12C
(04/05)

May 24, 2007

**UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA**

FILED
MAY 25 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**Petition for Warrant or Summons for Offender Under Supervision**

**Name of Offender:** O. Steven LYONS (English) **Dkt No.:** 03-CR-0700-001-JM

**Reg. No.:** 85938-198

**Name of Sentencing Judicial Officer:** The Honorable Jeffrey T. Miller, U.S. District Judge

**Date of Sentence:** January 12, 2007

**Original Offense:** Count One through Ten: 18 U.S.C. § 1341, Mail Fraud, a Class C felony.

**Sentence:** Time served (326 days) and 3 years supervised release, all Counts concurrent (*Special Conditions: not possess firearms or dangerous weapons; submit to search; participate in a program of drug or alcohol abuse testing and treatment; provide complete financial disclosure; prohibited from opening checking accounts or incurring new credit charges or lines of credit without approval of the probation officer; not engage the marketing of celebrities memorabilia; complete 1000 hours of community service; reside in a Community Corrections Center as directed by the probation officer for 6 months.*) $7,500 fine and $3,522.71 restitution.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** January 12, 2007

**Asst. U.S. Atty.:** Melanie K. Pierson **Defense Counsel:** John Lanahan (Retained) (619) 865-5417

**Prior Violation History:** None.

---

**PETITIONING THE COURT**

**TO ISSUE A NO-BAIL BENCH WARRANT**

4/4/08

I hereby attest and certify on [date] that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By __________ Deputy

The probation officer believes that the offender has violated the following condition(s) of supervision:

| CONDITION(S) | | ALLEGATION(S) OF NONCOMPLIANCE |
| --- | --- | --- |
| **(Special Condition)** Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of 6 months. *(nv24)* | 1. | On May 16, 2007, Mr. Lyons was unsuccessfully terminated from Coolidge House Community Sanctions Center, in Boston, Massachusetts. |
| **(Standard Condition)** Work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons. *(nv10)* | 2. | Mr. Lyons has failed to obtain employment since the term of supervised release began on January 12, 2007. |

***Grounds for Revocation:*** In regard to allegations 1 and 2, the undersigned probation officer has received correspondence from the U.S. Probation Office in the District of Rhode Island, a Bureau of Prisons Incident Report dated May 14, 2007, and a memo from the Employment Specialist to the Assistant Director of Training for Coolidge House. According to these documents, Mr. Lyons arrived at the Coolidge House center on February 28, 2007. During his orientation he was informed of all program policies and procedures, including that he was required to obtain gainful employment within 15 days of arrival. Although given repeated extensions to locate employment, Mr. Lyons has failed to do so to date; thus, he was terminated from the center effective May 16, 2007.

**U.S. Probation Officer Recommendation:** If found in violation, that supervised release be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** **May 24, 2007**

Respectfully submitted:

by [signature]
David E. Dilbeck
U.S. Probation
(619) 409-5116

Reviewed and approved:

[signature]
Barbara Logan
Supervising U.S. Probation Officer

Attachments

**THE COURT ORDERS:**

_______ A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

✓ Other Mr. Lyons is ordered to appear on June 8, 2007, 1:30 p.m to show cause why supervised release should not be revoked for the alleged violations

[signature]
The Honorable Jeffrey T. Miller
U.S. District Judge

5/25/07 JM
Date

ded
EOA