SEALDC, TERMED

# U.S. District Court
# Southern District of California (San Diego)
# CRIMINAL DOCKET FOR CASE #: 3:03-cr-00700-JM All Defendants
# Internal Use Only

Case title: USA v. Lyons

Date Filed: 03/07/2003
Date Terminated: 03/18/2004

---

Assigned to: Judge Jeffrey T Miller

Appeals court case number: 04-50157

**Defendant**

**0. Stephen Lyons** (1)
*TERMINATED: 03/18/2004*

represented by **0. Stephen Lyons**
85938198-ENG
MCC San Diego
Metropolitan Correctional Center
808 Union Street
San Diego, CA 92101
PRO SE

**David A Cooper**
Cooper Law Associates
127 Dorrance Street
Providence, RI 02818
(401)273-1880
Fax: (401)331-2336
*TERMINATED: 03/18/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John Owen Lanahan**
Law Office of John Lanahan
550 West C Street
Suite 1670
San Diego, CA 92101-3568
(619)237-5498
Email: lawnahan@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lisa J Damiani**
Damiani Law Group
701 B Street
Suite 1110
San Diego, CA 92101-3374
(619)239-0170
Fax: (619)239-0216
Email:
ljdamiani@damianilawgroup.com

*TERMINATED: 03/18/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1341, 18:2 - Mail | Custody of BOP for a term of 36 mos as to each count to run concurrent; Supervised release for a term of 3 years as to each count to run concurrent; $100 assessment as to each count for a total of $1000; Fine ordered in the amount of $ 7,500; Restitution ordered in the amount |

fraud, aiding and abetting (1s-10s)

of $3,522.71 RE-SENTENCE AFTER REMAND. Custody of the BOP for a term of Time Served as to each count to run concurrent. Fine in the amount of $7,500. $100 assessment as to each count. Restitution in the amount of $3,522.71. Supervised release for a term of 3 years as to each count to run concurrent

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:1341; 18:2 - Mail Fraud; Aiding and Abetting (1-8)

**Disposition**

Government motion to dismiss underlying Indictment is granted

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

**Plaintiff**

**United States of America** represented by **U S Attorney CR**
U S Attorneys Office
Southern District of
California
Criminal Division

880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email:
Efile.dkt.gc2@usdoj.gov
*TERMINATED: 09/01/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen W Clark**
U S Attorneys Office
Southern District of California

Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Email:
kathleen.clark@usdoj.gov
*TERMINATED: 07/10/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

**Melanie K Pierson**
U S Attorneys Office
Southern District of California

Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101

(619)557-5610
Fax: (619)557-7055
Email:
Melanie.Pierson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2003 | 1 | INDICTMENT by USA . Counts filed against Steven O Lyons (1) count(s) 1-8 . Any XT1 excludable that extends beyond the indictment date is terminated at the point of indictment. (mnb) (Entered: 03/11/2003) |
| 03/07/2003 | 2 | Warrant issued for Steven O Lyons by Magistrate Judge Leo S. Papas (mnb) (Entered: 03/11/2003) |
| 03/12/2003 | | DEFENDANT Steven O Lyons arrested (joeh) (Entered: 03/27/2003) |
| 03/14/2003 | 3 | Arrest Warrant returned executed as to Steven O Lyons 3/12/03 (joeh) (Entered: 03/14/2003) |
| 03/20/2003 | 4 | RULE 40 Documents received from District of Rhode Island as to Steven O Lyons; transfer in Letter t/w rule 40 doc. (joeh) (Entered: 03/20/2003) |
| 03/26/2003 | 6 | Enter Order by Judge Anthony J. Battaglia; Dft states true name to be O. Stephen Lyons; dft O. Steven Lyons arraigned not guilty plea entered; Atty present ; motion hrg/trial setting set for 2:00 5/2/03 for O. Steven Lyons before Judge Jeffrey T. Miller ; $25,000 P/S bond set for O Steven Lyons, posted in the District of Rhode Island; abstract order issued for Dft to be fingerprinted and released. Govt's request to unseal search warrant and affidavit granted. Govt's request to provide counsel with grand jury materials granted ; Court Reporter: AJB03-1:660-1041 (joeh) Modified |

Case 1:08-cr-00031-ML-DLM Document 2-8 Filed 04/10/2008 Page 6 of 23

| | | |
|---|---|---|
| | | on 04/21/2003 (Entered: 03/27/2003) |
| 03/26/2003 | | (Court only) Docket Modification (Utility Event) motion hrg/trial setting set for 2:00 5/2/03 for 0. Stephen Lyons before Judge Jeffrey Miller (bar) (Entered: 04/21/2003) |
| 03/27/2003 | 5 | Pro Hac Vice granted on behalf of Steven O Lyons for David A Cooper. (dkt clerk) (Entered: 03/27/2003) |
| 04/15/2003 | 7 | NOTICE by Lisa J. Damiani counsel for defendant 0. Stephen Lyons of change of address. (joeh) (Entered: 04/16/2003) |
| 04/23/2003 | 8 | DISCREPANCY ORDER by Judge Jeffrey T. Miller rejecting document: Motion for enlargement of time, discovery and inspection, suppress evidence from defendant 0. Stephen Lyons , non-compliance with local rule 5.1.j.4 (joeh) Modified on 04/25/2003 (Entered: 04/23/2003) |
| 04/29/2003 | 9 | DISCREPANCY ORDER by Judge Jeffrey T. Miller accepting document: Govt response and opposition to motions from plaintiff USA non-compliance with local rules (motions not on file). Document is to be filed nunc pro tunc to the date received (joeh) Modified on 04/29/2003 (Entered: 04/29/2003) |
| 04/29/2003 | 10 | RESPONSE and Opposition by plaintiff USA to Dft's motion for discovery, to supress evidence and forfurther motions t/w statement of facts and memorandum of points and authorities. (Motions not on file) Nunc Pro Tunc 04/25/03. (joeh) (Entered: 04/29/2003) |
| 04/29/2003 | 10 | Notice of Motion and Motion for reciprocal discovery by USA as to 0. Stephen Lyons (joeh) (Entered: 04/29/2003) |
| 05/02/2003 | 11 | Minutes: Enter Order by Judge Jeffrey T. Miller motion hrg/trial setting off calendar and reset for 9:00 |

| | | |
|---|---|---|
| | | 5/6/03 for Stephen Lyons before Judge Jeffrey Miller ; Court Reporter: n/a (jrl) (Entered: 05/06/2003) |
| 05/06/2003 | 12 | Minutes: Enter Order by Judge Jeffrey T. Miller; Dft not appearing; motion hrg/trial setting continued to 2:00 6/16/03 for 0. Stephen Lyons before Judge Jeffrey Miller ; Court Reporter: D Henson (joeh) (Entered: 05/06/2003) |
| 05/07/2003 | 13 | Notice of Motion and Motion for order shortening time ti file Govt's response and opposition to Dft's motions for discovery and for further motions by USA as to 0. Stephen Lyons (joeh) (Entered: 05/07/2003) |
| 05/07/2003 | 13 | ORDER by Judge Jeffrey T. Miller as to defendant 0. Stephen Lyons granting motion for order shortening time ti file Govt's response and opposition to Dft's motions for discovery and for further motions [13-1] (joeh) (Entered: 05/07/2003) |
| 05/07/2003 | 14 | Notice of Motion and Motion by 0. Stephen Lyons for order for shortening time to file motions for additional discovery and continuance of motions hearing date. (joeh) (Entered: 05/07/2003) |
| 05/07/2003 | 15 | Request and DECLARATION of counsel by 0. Stephen Lyons in support of motion for order shortening time. (joeh) (Entered: 05/07/2003) |
| 05/07/2003 | 16 | ORDER by Judge Jeffrey T. Miller as to defendant 0. Stephen Lyons granting motion for order for shortening time to file motions for additional discovery and continuance of motions hearing date. [14-1] (joeh) (Entered: 05/07/2003) |
| 05/07/2003 | 17 | Notice of Motion and Motion by 0. Stephen Lyons for discovery , and for disclosure , for continuation of the motions hearing date (joeh) (Entered: 05/07/2003) |
| 05/07/2003 | 18 | MEMORANDUM of points and authorities by defendant 0. Stephen Lyons in support of [17-1], of |

Case 1:08-cr-00031-ML-DLM Document 2-8 Filed 04/10/2008 Page 8 of 23

| | | |
|---|---|---|
| | | [17-2], of [17-3] (joeh) (Entered: 05/07/2003) |
| 05/07/2003 | 19 | RESPONSE by plaintiff USA to motion for discovery [17-1], motion for disclosure [17-2], motion for continuation of the motions hearing date [17-3] t/w memorandum of points and authorities (joeh) (Entered: 05/07/2003) |
| 05/07/2003 | 19 | Notice of Motion and Motion for reciprocal discovery by USA as to 0. Stephen Lyons (joeh) (Entered: 05/07/2003) |
| 05/08/2003 | 20 | Notice of Motion and Motion for handwriting exemplars by USA as to 0. Stephen Lyons (joeh) (Entered: 05/09/2003) |
| 05/09/2003 | 21 | ORDER by Judge Jeffrey T. Miller for defendant 0. Stephen Lyons to provide his true and natural handwriting and handprinting for comparison by 05/09/03. (joeh) (Entered: 05/09/2003) |
| 06/02/2003 | 22 | Notice of Motion and Motion by 0. Stephen Lyons to suppress statements , for the production of jencks material , in limine , return of seized property , and to dismiss indictment ; motion hrg set for 06/16/03 2:00 (joeh) (Entered: 06/03/2003) |
| 06/02/2003 | 23 | MEMORANDUM by defendant 0. Stephen Lyons in support of [22-1], of [22-2], of [22-3], of [22-4], of [22-5] (joeh) (Entered: 06/03/2003) |
| 06/09/2003 | 24 | RESPONSE and opposition by plaintiff USA to motion to suppress statements [22-1], motion for the production of jencks material [22-2], motion in limine [22-3], motion return of seized property [22-4], motion to dismiss indictment [22-5] t/w memorandum of points and authorities exhibits. (joeh) Modified on 06/10/2003 (Entered: 06/10/2003) |
| 06/11/2003 | 25 | NOTICE of hearing; on Court's own motion, motion hrg/trial setting vacated and reset for 4:30 6/16/03 for |

Case 1:08-cr-00031-ML-DLM Document 2-8 Filed 04/10/2008 Page 9 of 23

| | | |
|---|---|---|
| | | 0. Stephen Lyons before Judge Jeffrey Miller (joeh) (Entered: 06/12/2003) |
| 06/16/2003 | 26 | Minutes: Enter Order by Judge Jeffrey T. Miller; witnesses called, sworn and testified; granting motion to suppress statements [22-1], granting motion response [10-1], granting motion for reciprocal discovery [19-1]; Motion in limine hearing set for 2:00 8/1/03 for 0. Stephen Lyons before Judge Jeffrey Miller; jury trial set for 9:00 8/5/03 for 0. Stephen Lyons before Judge Jeffrey Miller; witness list attached ; Court Reporter: D Henson (joeh) (Entered: 06/19/2003) |
| 07/09/2003 | 27 | Notice of Motion and Motion for reconsideration of the Court's order to suppress statements by USA as to 0. Stephen Lyons t/w memorandum of points and authorities and exhibits. (joeh) (Entered: 07/10/2003) |
| 07/11/2003 | 28 | GO514 SUPERSEDING indictment 0. Stephen Lyons (1) count(s) 1s-10s (joeh) Modified on 07/15/2003 (Entered: 07/11/2003) |
| 07/24/2003 | 31 | Minutes: Enter Order by Judge Jeffrey T. Miller; Dft's appearance is waived; Motion in limine hearing set for 2:00 11/3/03 for 0. Stephen Lyons before Judge Jeffrey Miller; jury trial set for 9:00 11/4/03 for 0. Stephen Lyons before Judge Jeffrey Miller; Dft is to file acknowledgement of next Court date, Counsel to prepare stipulation re superseding Indictment arraignment ; Court Reporter: D Henson (joeh) Modified on 08/01/2003 (Entered: 07/31/2003) |
| 07/25/2003 | 29 | TRIAL Memorandum by plaintiff USA (dkt clerk) (Entered: 07/25/2003) |
| 07/25/2003 | 30 | PROPOSED Jury Instructions by plaintiff USA (dkt clerk) (Entered: 07/25/2003) |
| 08/06/2003 | 32 | STIPULATION as to defendant 0. Stephen Lyons re vacating and reseting the motion in limine hearing for |

| | | |
|---|---|---|
| | | 11/03/03 at 2:00 and the jury trial date to 11/04/03 9:00. (joeh) (Entered: 08/07/2003) |
| 08/06/2003 | 33 | ORDER by Judge Jeffrey T. Miller as to defendant 0. Stephen Lyons; Motion in limine hearing is vacated and reset for 2:00 11/3/03 for 0. Stephen Lyons before Judge Jeffrey Miller; Jury Trial vacated and reset for 9:00 11/4/03 for 0. Stephen Lyons before Judge Jeffrey Miller . XE pretrial motions from 07/24/03 to 11/03/03 as to 0. Stephen Lyons. (joeh) Modified on 08/07/2003 (Entered: 08/07/2003) |
| 08/06/2003 | | (Court only) Docket Modification (Utility Event) XE pretrial motions from 07/24/03 to 11/03/03 as to 0. Stephen Lyons (joeh) Modified on 08/07/2003 (Entered: 08/07/2003) |
| 08/28/2003 | 34 | NOTICE of counsel's firm change by attorney Lisa J Damiani counsel for defendant O Steven Lyons. (joeh) (Entered: 08/29/2003) |
| 10/20/2003 | 35 | MEMORANDUM by defendant 0. Stephen Lyons objecting to and in opposition to motion for reconsideration of the Court's order to suppress statements [27-1] (mam) (Entered: 10/21/2003) |
| 10/31/2003 | 36 | Motion and order shortening time to allow the filing of govt's motions in limine to 10/23/03 and ORDER thereon by Judge Jeffrey T. Miller as to defendant 0. Stephen Lyons. (mam) (Entered: 11/03/2003) |
| 10/31/2003 | 37 | Notice of Motion and MOTION IN LIMINE for attorney voir dire , to preclude an entrapment defense , to preclude expert testimony by USA as to 0. Stephen Lyons assigned to Judge Jeffrey T. Miller (mam) (Entered: 11/03/2003) |
| 11/03/2003 | 38 | PROPOSED Voir Dire by plaintiff USA (dkt clerk) (Entered: 11/04/2003) |
| 11/03/2003 | 39 | Amended WITNESS list submitted by plaintiff USA |

| | | |
|---|---|---|
| | | (dkt clerk) (Entered: 11/04/2003) |
| 11/03/2003 | 40 | Minutes: Enter Order by Judge Jeffrey T. Miller dft 0. Stephen Lyons arraigned on S/Indictment; not guilty plea entered; Atty present; granting motion for attorney voir dire [37-1], finding the motion moot to preclude expert testimony [37-3] , denying motion for reconsideration of the Court's order to suppress statements [27-1], denying motion in limine [22-3]; Request by local counsel Lisa Damiani to not be present during trial - granted; trial date of 11/04/03 - confirmed ; Court Reporter: D. Henson (dkt clerk) (Entered: 11/05/2003) |
| 11/03/2003 | | (Court only) Docket Modification (Utility Event) hearing date satisfied (dkt clerk) (Entered: 11/05/2003) |
| 11/04/2003 | | Jury Trial Began Voir dire begins as to 0. Stephen Lyons , Jury impaneled as to 0. Stephen Lyons ; witnesses sworn; exhibits marked/received; Jury Trial is continued to 9:00 11/5/03 for 0. Stephen Lyons Judge Jeffrey Miller ; Court reporter: D. Henson (dkt clerk) Modified on 11/21/2003 (Entered: 11/12/2003) |
| 11/05/2003 | 41 | (Court only) Sealed document(s) (dkt clerk) (Entered: 11/05/2003) |
| 11/05/2003 | 42 | (Court only) Sealed document(s) (dkt clerk) (Entered: 11/05/2003) |
| 11/05/2003 | 43 | (Court only) Sealed document(s) (dkt clerk) (Entered: 11/05/2003) |
| 11/05/2003 | 44 | RESPONSE by defendant 0. Stephen Lyons to motion to attorney-conducted voir dire [37-1], preclude an entrapment defense [37-2], to preclude expert testimony [37-3] (dkt clerk) (Entered: 11/06/2003) |
| 11/05/2003 | 45 | Motion and ORDER granting motion for shortening of time to file opposition to Government's Motions in |

| | | |
|---|---|---|
| | | Limine by Judge Jeffrey T. Miller as to defendant 0. Stephen Lyons (dkt clerk) Modified on 11/10/2003 (Entered: 11/06/2003) |
| 11/05/2003 | 46 | Notice of Defendant's TRIAL Memorandum and Defendant's trial memorandum by defendant 0. Stephen Lyons (dkt clerk) (Entered: 11/06/2003) |
| 11/05/2003 | | Trial Minutes: Day 2; swore witnesses; exh marked/received; Jury Trial continued to 9:00 11/6/03 for 0. Stephen Lyons before Judge Jeffrey Miller Court Reporter: D. Henson (dkt clerk) (Entered: 11/12/2003) |
| 11/06/2003 | | Trial Minutes: Day 3; swore witnesses; exh marked/received; Jury Trial continued to 9:00 11/10/03 for 0. Stephen Lyons before Judge Jeffrey Miller Court Reporter: D. Henson (dkt clerk) (Entered: 11/12/2003) |
| 11/10/2003 | | Trial Minutes: Day 4; swore witnesses; exh marked/received; Jury Trial continued to 9:00 11/12/03 for 0. Stephen Lyons before Judge Jeffrey Miller Court Reporter: D. Henson (dkt clerk) (Entered: 11/12/2003) |
| 11/12/2003 | | Trial Minutes; Day 5; swore witnesses; exh marked/received; Jury Trial continued to 8:30 11/13/03 for 0. Stephen Lyons Judge Jeffrey Miller Court Reporter: D. Henson (dkt clerk) (Entered: 11/13/2003) |
| 11/12/2003 | 47 | RESPONSE by plaintiff USA to the defentant's oral motion in limine (dkt clerk) (Entered: 11/14/2003) |
| 11/13/2003 | 48 | Final Jury Instructions (dkt clerk) (Entered: 11/14/2003) |
| 11/13/2003 | | Trial Minutes; Day 6; swore witnesses; exhs (marked/received); jury retires to deliberate 12:45; Jury Trial continued to 9:00 11/14/03 for 0. Stephen |

| | | |
|---|---|---|
| | | Lyons before Judge Jeffrey Miller Court Reporter: D. Henson (dkt clerk) (Entered: 11/24/2003) |
| 11/14/2003 | 49 | Minutes: Enter Order by Judge Jeffrey T. Miller; jury sequestered for lunch; trial end as to 0. Stephen Lyons , finding 0. Stephen Lyons guilty 0. Stephen Lyons (1) count(s) 1s-10s , PO report and sentencing set for 9:00 2/4/04 for 0. Stephen Lyons before Judge Jeffrey Miller , dft 0. Stephen Lyons 's bond revoked ; deft remanded to custody; abstract issued to USM; Court Reporter: D. Henson (dkt clerk) Modified on 11/24/2003 (Entered: 11/24/2003) |
| 11/14/2003 | 50 | VERDICT finding dft O. Stephen Lyons guilty to cnts 1s-10s (dkt clerk) (Entered: 11/24/2003) |
| 11/21/2003 | 51 | Notice of Motion and Motion by 0. Stephen Lyons to extend time for filing motions for new trial and judgment of acquittal from 11/21/03 to 01/30/04 motion hrg set for 12/15/03 at 2:00 (dkt clerk) (Entered: 11/24/2003) |
| 11/21/2003 | 52 | MEMORANDUM by defendant 0. Stephen Lyons in support of [51-1] (dkt clerk) (Entered: 11/24/2003) |
| 11/21/2003 | 53 | DECLARATION by Counsel for 0. Stephen Lyons in Support of Motion to Enlarge Time for Motion for New Trial and Judgment of Acquittal Pursuant to Rules 29 and 33 of The Federal Rules of Criminal Procedure as to 0. Stephen Lyons (dkt clerk) (Entered: 11/24/2003) |
| 11/21/2003 | 54 | DECLARATION of Susan M. Peterson in Support of Motion to Enlarge Time for Motion for New Trial and Judgment of Acquittal Pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure by attorney for 0. Stephen Lyons as to 0. Stephen Lyons (dkt clerk) (Entered: 11/24/2003) |
| 12/09/2003 | 55 | NOTICE of hearing, on Court's own motion and at the request for defense counsel, motion hearing is put on |

| | | |
|---|---|---|
| | | caledar for 2:00 12/15/03 for 0. Stephen Lyons before Judge Jeffrey Miller (dkt clerk) (Entered: 12/09/2003) |
| 12/15/2003 | 56 | Minutes: Enter Order by Judge Jeffrey T. Miller; attorney David Cooper - not appearing; granting motion to extend time for filing motions for new trial and judgment of acquittal from 11/21/03 to 01/30/04 [51-1] PO report and sentencing is vacated and reset for 8:45 2/5/04 for 0. Stephen Lyons before Judge Jeffrey Miller ; Court Reporter: D. Henson (dkt clerk) (Entered: 12/17/2003) |
| 01/16/2004 | 57 | SENTENCING DOCUMENT by defendant 0. Stephen Lyons : Objections to Presentence Report (dkt clerk) (Entered: 01/20/2004) |
| 01/29/2004 | 58 | STIPULATION for continuance of motion for new trial, judgment of acquittal and sentencing as to defendant 0. Stephen Lyons (dkt clerk) (Entered: 01/30/2004) |
| 01/29/2004 | 59 | ORDER by Judge Jeffrey T. Miller as to defendant 0. Stephen Lyons granting stipulation [58-1] ; Motion for new trial, Motion for judgment of acquittal, and PO report and sentencing is scheduled for 9:00 3/18/04 for 0. Stephen Lyons before Judge Jeffrey Miller (dkt clerk) (Entered: 01/30/2004) |
| 01/29/2004 | 60 | SENTENCING DOCUMENT by plaintiff USA : Government's Response and Opposition to Defendant's Objections to Presentence Report. (dkt clerk) (Entered: 01/30/2004) |
| 03/04/2004 | 61 | Notice of Motion and Motion by 0. Stephen Lyons for judgment of acquittal , or in the alternative, for new trial ; motion hrg set for 03/18/04 at 9:00 (dkt clerk) (Entered: 03/05/2004) |
| 03/04/2004 | 62 | MEMORANDUM by defendant 0. Stephen Lyons in support of [61-1], of [61-2] (dkt clerk) (Entered: 03/05/2004) |

| | | |
|---|---|---|
| 03/11/2004 | 63 | RESPONSE by plaintiff USA to motion for judgment of acquittal [61-1], motion for new trial [61-2] (dkt clerk) (Entered: 03/15/2004) |
| 03/18/2004 | 64 | Minutes: Enter Order by Judge Jeffrey T. Miller; denying motion for judgment of acquittal [61-1], denying motion for new trial [61-2]; sentencing 0. Stephen Lyons (1) count(s) 1s-10s. Custody of BOP for a term of 36 mos as to each count to run concurrent; Supervised release for a term of 3 years as to each count to run concurrent; $100 assessment as to each count for a total of $1000; Fine ordered in the amount of $7,500; Restitution ordered in the amount of $3,522.71 ; Terminating defendant 0. Stephen Lyons ; Appeal Rights Given; cc: Financial; Court Reporter: D. Henson (dkt clerk) Modified on 04/02/2004 (Entered: 03/26/2004) |
| 03/26/2004 | 65 | Notice of Motion and Motion to dismiss underlying Indictment by USA as to 0. Stephen Lyons (dkt clerk) (Entered: 03/26/2004) |
| 03/26/2004 | 66 | ORDER by Judge Jeffrey T. Miller as to defendant 0. Stephen Lyons granting motion to dismiss underlying Indictment [65-1]; case terminated (dkt clerk) (Entered: 03/26/2004) |
| 03/26/2004 | 67 | JUDGMENT and Commitment issued to U.S. Marshal for 0. Stephen Lyons by Judge Jeffrey T. Miller (dkt clerk) (Entered: 03/26/2004) |
| 03/26/2004 | 68 | Notice of Appeal by defendant 0. Stephen Lyons from Dist. Court decision Entered on 03/26/04 Receipt No/Amt of Fee: Fee not paid [67-1] (dkt clerk) (Entered: 04/05/2004) |
| 04/05/2004 | 69 | Order for time schedule on appeal filed by defendant 0. Stephen Lyons [68-1] on 03/26/04. (cc: all parties and ct reporter) (dkt clerk) (Entered: 04/05/2004) |
| 04/05/2004 | | Notice of Appeal sent to Circuit Court [68-1] (dkt |

| | | |
|---|---|---|
| | | clerk) (Entered: 04/05/2004) |
| 04/16/2004 | 70 | Notification by Circuit Court of Appellate Docket Number [68-1] 04-50157 (dkt clerk) (Entered: 04/20/2004) |
| 04/27/2004 | 71 | RECEIVED Appeal fee from 0. Stephen Lyons re [68-1] in amount of $ 255.00 ( Receipt # 103200) (forwarded from 9th Circuit) (dkt clerk) (Entered: 04/27/2004) |
| 05/13/2004 | 72 | MAIL RETURNED UNDELIVERABLE as to 0. Stephen Lyons re: memorandum [35-1], notice [34-1], Scheduling order XE pretrial motions from 07/24/03 to 11/03/03 as to 0. Stephen Lyons [0-0] (joeh) (Entered: 05/13/2004) |
| 05/24/2004 | 73 | DISCREPANCY ORDER by Judge Jeffrey T. Miller accepting document: ntc of mot to withdraw cnsl from defendant 0. Stephen Lyons , non-compliance with local rule 5.1.j.4 document is to be filed nunc pro tunc to the date received (tkl) (Entered: 05/25/2004) |
| 05/24/2004 | 74 | Notice of Motion and Motion by 0. Stephen Lyons to withdraw cnsl ; nunc pro tunc 5/14/04 (tkl) (Entered: 05/25/2004) |
| 05/24/2004 | 75 | DECLARATION of Lisa J. Damiani by 0. Stephen Lyons as to 0. Stephen Lyons; nunc pro tunc 5/14/04. (tkl) (Entered: 05/25/2004) |
| 05/24/2004 | 76 | ORDER by Judge Jeffrey T. Miller as to defendant 0. Stephen Lyons granting atty's motion to withdraw as cnsl [74-1]. Atty Lisa Damiani is relieved as cnsl of record fo dft; nunc pro tunc 5/14/04. (tkl) (Entered: 05/25/2004) |
| 06/24/2004 | 77 | JUDGMENT and Commitment returned executed 6/15/04 0. Stephen Lyons (1) count(s) 1s-10s (tkl) (Entered: 06/24/2004) |
| 09/15/2004 | 78 | NOTICE of hearing bond hearing set for 10:30 |

Case 1:08-cr-00031-ML-DLM Document 2-8 Filed 04/10/2008 Page 17 of 23

| | | |
|---|---|---|
| | | 9/24/04 for 0. Stephen Lyons before Judge Jeffrey Miller (tkl) (Entered: 09/15/2004) |
| 09/21/2004 | 79 | DISCREPANCY ORDER by Judge Jeffrey T. Miller accepting document: Motion for bail pending appeal from defendant 0. Stephen Lyons , non-compliance with local rule 7.1.e document is to be filed nunc pro tunc to the date received (dkt clerk) (Entered: 09/22/2004) |
| 09/21/2004 | 80 | Notice of Motion and Motion by 0. Stephen Lyons for bail pending appeal motion hrg set for 09/24/04 at 10:30am before Judge Miller - NUNC PRO TUNC to 09/17/04 (dkt clerk) (Entered: 09/22/2004) |
| 09/21/2004 | 81 | MEMORANDUM by defendant 0. Stephen Lyons in support of motion for bail pending appeal[80-1] - NUNC PRO TUNC to 09/17/04 (dkt clerk) (Entered: 09/22/2004) |
| 09/22/2004 | 82 | RESPONSE by plaintiff USA to motion for bail pending appeal [80-1] (tkl) (Entered: 09/23/2004) |
| 09/24/2004 | 83 | Minutes: Enter Order by Judge Jeffrey T. Miller: mot hrg held. Motion for bail pending appeal [80-1] is submitted ; ct to prepare order; Court Reporter: D. Henson (tkl) (Entered: 09/28/2004) |
| 09/28/2004 | 84 | ORDER by Judge Jeffrey T. Miller as to defendant 0. Stephen Lyons granting motion for bail pending appeal [80-1] and referral to Magistrate Judge Battaglia to determine the amt and conditions of bond. (cc: USCA) (dkt clerk) (Entered: 09/29/2004) |
| 09/30/2004 | 85 | Minutes: Enter Order by Magistrate Judge Anthony J. Battaglia: dft n/a - in custody at FCI Lewisburg, PA; bail on appeal set at $25,000 P/S, co-signed by one financially responsible adult. Order filed. Court Reporter: AJB04-1:0-1059 (tkl) (Entered: 10/01/2004) |
| 09/30/2004 | 86 | ORDER by Magistrate Judge Anthony J. Battaglia |

| | | |
|---|---|---|
| | | setting conditions of release for 0. Stephen Lyons (tkl) (Entered: 10/01/2004) |
| 10/05/2004 | 87 | BOND ( $25,000.00 P/S) by 0. Stephen Lyons signed by Judge Anthony J. Battaglia ; abstract issued to USM (tkl) (Entered: 10/06/2004) |
| 02/02/2005 | 88 | Transcript Designation and Ordering Form for Dates: 11/04/03; 11/13/03; 11/04/03-11/06/03; 11/10/03; 11/11/03; 11/12/03; 03/18/04 [68-1] (dkt clerk) (Entered: 02/03/2005) |
| 02/08/2005 | | Reporter's Transcript of Jury Trial - Vol 1 (partial transcript) for the following date(s): 11/04/03; 11/05/03 (Re: [68-1] ) Ct. Reporter: D. Henson (dkt clerk) (Entered: 02/08/2005) |
| 02/08/2005 | | Reporter's Transcript of Jury Trial - vol. 2 for the following date(s): 11/06/03 (Re: [68-1] ) Ct. Reporter: D. Henson (dkt clerk) (Entered: 02/08/2005) |
| 02/08/2005 | | Reporter's Transcript of Jury Trial - vol 3 for the following date(s): 11/10/03 (Re: [68-1] ) Ct. Reporter: D. Henson (dkt clerk) (Entered: 02/08/2005) |
| 02/08/2005 | | Reporter's Transcript of Jury Trial - vol. 4 for the following date(s): 11/12/03 (Re: [68-1] ) Ct. Reporter; D. Henson (dkt clerk) (Entered: 02/08/2005) |
| 02/08/2005 | | Reporter's Transcript of Jury Trial - Vol. 5 for the following date(s): 11/13/03 (Re: [68-1] ) Ct. Reporter: D. Henson (dkt clerk) (Entered: 02/08/2005) |
| 02/08/2005 | | Reporter's Transcript of Sentencing for the following date(s): 03/18/04 (Re: [68-1] ) Ct. Reporter: D. Henson (dkt clerk) (Entered: 02/08/2005) |
| 02/10/2005 | 89 | CERTIFICATE of Record Transmitted to USCA re [68-1] (dkt clerk) (Entered: 02/10/2005) |
| 03/03/2005 | 90 | NOTICE from USCA re receipt of certificate of record (dkt clerk) (Entered: 03/04/2005) |

Case 1:08-cr-00031-ML-DLM Document 2-8 Filed 04/10/2008 Page 19 of 23

| | | |
|---|---|---|
| 12/28/2005 | | Mailed Original Clerk's record to USCA case volume (s) 2 transcripts 6 [68-1] (dkt clerk) (Entered: 12/28/2005) |
| 01/10/2006 | 91 | NOTICE from USCA re receipt of clerks record: 2 vol and 6 transcripts (dkt clerk) (Entered: 01/12/2006) |
| 09/01/2006 | 92 | (Court only) Attorney Designation: Added attorney Melanie K Pierson for United States of America. Attorney U S Attorney CR terminated. (gac, ) (Entered: 09/06/2006) |
| 09/01/2006 | 93 | (Court only) Attorney Designation: Added attorney Kathleen W Clark for United States of America. (jxj) (Entered: 09/18/2006) |
| 10/12/2006 | 95 | NOTICE OF HEARING as to Defendant 0. Stephen Lyons. Appeal Mandate Hearing on petition requisite to filing certified copy of USCA judgment Affirming USDC decision, Vacating Sentence and Remanding for Resentencing, set for 11/17/2006 11:00 AM in Courtroom 6 before Judge Jeffrey T. Miller. (jxj) (Entered: 10/13/2006) |
| 10/13/2006 | 94 | NOTICE OF SPREADING THE MANDATE as to Defendant 0. Stephen Lyons. Appeal Mandate Hearing set for 11/17/2006 11:00 AM in Courtroom 6 before Judge Jeffrey T. Miller. (llb, ) (Entered: 10/13/2006) |
| 10/24/2006 | | Appeal Record (Clerk's Record- 2 vol, 6 trans) Returned from USCA, as to 0. Stephen Lyons: 68 Appeal (jxj) (Entered: 10/24/2006) |
| 11/17/2006 | 96 | Minute Entry for proceedings held before Judge Jeffrey T. Miller :Appeal Mandate Hearing as to 0. Stephen Lyons held on 11/17/2006. Deft not appearing. Defendants presence is waived. The court spreads the mandate. Re-Sentencing After Remand set for 1/12/2007 03:00 PM in Courtroom 6 before Judge Jeffrey T. Miller. Defendant to file acknowledgment of next court date.(Court Reporter Debra Henson). |

Case 1:08-cr-00031-ML-DLM Document 2-8 Filed 04/10/2008 Page 20 of 23

| | | |
|---|---|---|
| | | (Plaintiff Attorney Melanie Pierson).(Defendant Attorney John Lanahan). (llb, ) (Entered: 11/20/2006) |
| 11/17/2006 | 97 | JUDGMENT of USCA (certified copy) Affirming Conviction, Vacating and Remanding Sentence, as to 0. Stephen Lyons re 68 Appeal (jxj) (Entered: 11/22/2006) |
| 12/01/2006 | 98 | Acknowledgment of next court date by defendant 0. Stephen Lyons on 1/12/07 3:00. (tkl, ) (Entered: 12/05/2006) |
| 12/01/2006 | 99 | NOTICE of Non-Compliance with Local Rule 5.4(a) Mandatory Electronic Filing re 98 Acknowledgment of Next Court Date (tkl, ) (Entered: 12/05/2006) |
| 01/05/2007 | 100 | SENTENCING MEMORANDUM by 0. Stephen Lyons (Attachments: # 1 Exhibit Exhibits# 2 Proof of Service)(Lanahan, John) (Entered: 01/05/2007) |
| 01/12/2007 | 101 | Minute Entry for proceedings held before Judge Jeffrey T. Miller :RE-SENTENCE AFTER REMAND held on 1/12/2007 for O. Stephen Lyons. Custody of the BOP for a term of Time Served as to each count to run concurrent. Fine in the amount of $7,500. $100 assessment as to each count. Restitution in the amount of $3,522.71. Supervised release for a term of 3 years as to each count to run concurrent. Defendant to report to CCC no later than 2/16/2007. Bond Hearing set for 2/23/2007 09:00 AM in Courtroom 6 before Judge Jeffrey T. Miller. Status Conference set for 8/24/2007 09:00 AM in Courtroom 6 before Judge Jeffrey T. Miller. (Court Reporter Debra Henson).(Plaintiff Attorney Melanie Pierson).(Defendant Attorney John Lanahan). (llb, ) (Entered: 01/18/2007) |
| 01/19/2007 | 102 | JUDGMENT After Remand as to 0. Stephen Lyons (1), RE-SENTENCE AFTER REMAND. Custody of the BOP for a term of Time Served as to each count to run concurrent. Fine in the amount of $7,500. $100 |

| | | |
|---|---|---|
| | | assessment as to each count. Restitution in the amount of $3,522.71. Supervised release for a term of 3 years as to each count to run concurrent. Signed by Judge Jeffrey T. Miller on 01/12/07. (jxj) (Entered: 01/24/2007) |
| 01/31/2007 | 103 | Judgment Returned Executed as to 0. Stephen Lyons on 01/30/07. (jxj) (Entered: 02/01/2007) |
| 02/02/2007 | 104 | Minute Entry for proceedings held before Judge Jeffrey T. Miller :Status Conference re Imposition of Sentence as to 0. Stephen Lyons held on 2/2/2007. The Court is imformed of logistical issues with the sentence imposed. Court does not modify the sentence. (Court Reporter Debra Henson).(Plaintiff Attorney Melanie Pierson).(Defendant Attorney John Lanahan). (llb, ) (Entered: 02/07/2007) |
| 02/23/2007 | 105 | Minute Entry for proceedings held before Judge Jeffrey T. Miller :Bond Hearing as to 0. Stephen Lyons held on 2/23/2007. Probation officer Barry Weiner of the District of Rhode Island appearing telephonically. Court orders deft be transferred to the Coolage House in Boston. Bond Exonerated. (Court Reporter Debra Henson).(Plaintiff Attorney Melanie Pierson).(Defendant Attorney John Lanahan). (llb, ) (Entered: 02/28/2007) |
| 05/22/2007 | 106 | NOTICE OF HEARING as to Defendant 0. Stephen Lyons. On the request of defense counsel a Telephonic Status Conference Re: Supervised Release conditions set for 5/25/2007 10:00 AM in Courtroom 6 before Judge Jeffrey T. Miller. (llb, ) (Entered: 05/22/2007) |
| 05/25/2007 | 107 | Minute Entry for proceedings held before Judge Jeffrey T. Miller :Status Conference re Supervised Release as to 0. Stephen Lyons held on 5/25/2007. The court is provided with an OSC package and request for issuance of a No Bail Bench Warrant. Defense counsel request to have court set an OSC date in lieu of |

Case 1:08-cr-00031-ML-DLM Document 2-8 Filed 04/10/2008 Page 22 of 23

| | | |
|---|---|---|
| | | warrant. Court declines request for warrant and set and OSC date. Hearing re Revocation of Supervised Release set for 6/8/2007 01:30 PM in Courtroom 6 before Judge Jeffrey T. Miller. (Court Reporter Debra Henson). (PO: David Delbeck and Kurt O'Sullivan (Mr. O'Sullivan and deft appearing telephonically) (Plaintiff Attorney Melanie Pierson).(Defendant Attorney John Lanahan). (llb, ) (Entered: 05/25/2007) |
| 05/25/2007 | 108 | USPO Request for Warrant or Summons for Offender under Supervision and Order thereon as to 0. Stephen Lyons. Mr Lyons is ordered to appear on 6/8/07 at 1:30 p.m. in Courtroom 6 before Judge Jeffrey T. Miller to show cause why supervised release should not be revoked for the alleged violations. Signed by Judge Jeffrey T. Miller on 5/25/07. (tkl, ) (Entered: 05/29/2007) |
| 06/08/2007 | 109 | Minute Entry for proceedings held before Judge Jeffrey T. Miller :Revocation of Supervised Release as to 0. Stephen Lyons held on 6/8/2007. Court takes no action on the OSC. Defendant continued on supervised release. Court reaffirms that supervision is in the Southern District of California with any previous transfer order recalled. Defendant to commence his six month committment to a Residential Reentry Center as of today 6/08/2007. All previously imposed conditions of supervised release remain. Court orders probation to transport defendant to the designated facility. Status Conference set for 8/24/2007 09:00 AM in Courtroom 6 before Judge Jeffrey T. Miller. (Court Reporter Diane Berger).(Plaintiff Attorney Melanie Pierson). (Defendant Attorney John Lanahan). (llb, ) (Entered: 06/08/2007) |
| 07/10/2007 | 110 | (Court only) Attorney Designation: Attorney Kathleen W Clark terminated. (jrl) (Entered: 08/01/2007) |
| 08/24/2007 | 111 | Minute Entry for proceedings held before Judge |

| | | |
|---|---|---|
| | | Jeffrey T. Miller :Status Conference re Progress on supervised release as to 0. Stephen Lyons held on 8/24/2007. Defense counsel represents that defendant is in full compliance. The probation officer agrees. Further Status Conference set for 11/16/2007 09:00 AM in Courtroom 16 before Judge Jeffrey T. Miller. (Court Reporter Debra Henson).(PO: Mark Riedling) (Plaintiff Attorney Melanie Pierson).(Defendant Attorney John Lanahan). (llb) (Entered: 08/28/2007) |
| 11/16/2007 | 112 | Minute Entry for proceedings held before Judge Jeffrey T. Miller :Status Conference re C.C.C. Placement as to 0. Stephen Lyons held. Court confirms that the defendant remain in the C.C.C. until the completion of term imposed.Court Reporter Debra Henson).(Plaintiff Attorney Melanie Pierson). (Defendant Attorney John Lanahan). (llb) (Entered: 11/20/2007) |
| 04/03/2008 | 113 | Probation Jurisdiction Transferred to Rhode Island as to 0. Stephen Lyons Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. Signed by Judge Jeffrey T. Miller on 3/20/08. Mailed 4/3/08. (Attachments: # 1 LETTER)(tkl) (Entered: 04/04/2008) |